

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

March 3, 2020

Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

       Re: United States v. Leland Robinson
            20 Mag. 2232

Dear Judge Smith:

       The defendant in the above-referenced Complaint was arrested this afternoon in the Middle District of North Carolina. Accordingly, the Government requests that the Complaint be unsealed.

       Respectfully,

       GEOFFREY S. BERMAN
       United States Attorney

By: _____
    Marcia S. Cohen
    Assistant U.S. Attorney
    (914) 993-1902

SO ORDERED:
_____
Hon. Lisa Margaret Smith
U.S.M.J.
3/4/2020