UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :     **ORDER**
v.                                 :
                                   :     20 Mag. 2232
LELAND ROBINSON,                   :
                   Defendant.      :
------------------------------------------------------x

By letter dated April 7, 2020 (Doc. #8), defendant is seeking review of the detention order issued by the magistrate judge on March 25, 2020.  See 18 U.S.C. § 3145(b).  Defense counsel has also advised the Court that his defendant will waive his personal appearance at any bail review hearing and wishes to appear by telephone.

Accordingly:

1. Defense counsel shall obtain and submit to the Court as soon as possible a transcript of the detention hearing held on March 25, 2020.

2. By April 13, 2020, the government shall file a response to defense counsel's letter.

3. A bail review hearing will be conducted by telephone conference call on April 16, 2020, at 10:00 a.m.  The parties shall arrange for defendant's appearance by telephone.

At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

**Dial-In Number**:   **(888) 363-4749 (toll free) or (215) 446-3662**
**Access Code:**      **1703567**

Dated: April 8, 2020
       White Plains, NY                SO ORDERED:

                                       _____
                                       Vincent L. Briccetti
                                       United States District Judge

1