UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                                        :       **ORDER**
v.                                                     :
                                                        :       20 Mag. 2232
LELAND ROBINSON,                        :
                              Defendant.   :
------------------------------------------------------x

       For the reasons stated on the record at a bail review hearing held today, the Court DENIES defendant's application for release on bail. Defendant is continued detained pending trial.

Dated: April 16, 2020
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge