# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/20

Via E-mail and ECF

August 3, 2020

The Honorable Paul E Davison
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   U.S. v. Leland Robinson
      20-MJ-2232

*[Handwritten note: Federal Defenders relieved. Francis O'Reilly, Esq., appointed CJA.]*

Dear Honorable Davison:

I am writing in regard to Leland Robinson and his recent request that Your Honor appoint a new attorney. See ECF Document # 20. I spoke to Mr. Robinson this morning and during that conversation Mr. Robinson reiterated his request for new counsel. Under these circumstances, I ask that you please grant Mr. Robinson's request for a new attorney.

Thank you for your consideration.

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:   AUSA Marcia Cohen
      Leland Robinson

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

8/3/20